UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENNY BOLCIK, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 08-890 (SRC) |
| MAYWOOD POLICE DEPT. et al., | : **ORDER CLOSED** |
| Defendants. | : |

**CHESLER, U.S.D.J.**

This matter comes before this Court following the Report and Recommendation ("R&R") filed on May 5, 2010 by Magistrate Judge Shipp, pursuant to Fed. R. Civ. P. 72(b) and L. Civ. R. 72.1(a)(2). The R&R recommended that Plaintiff's Complaint be dismissed following, *inter alia*, Plaintiff's failure to comply with Court orders and to prosecute his case. The time for filing objections to the R&R has expired, and no objections were submitted.

A magistrate judge's recommended disposition of a dispositive matter is subject to de novo review. In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998); see also Fed. R. Civ. P. 72(b). This Court has reviewed the R&R under the appropriate de novo standard, and agrees with Magistrate Judge Shipp's analysis and conclusion. Therefore,

**IT IS** on this 6th day of June, 2010,

**ORDERED** that Magistrate Judge Shipp's R&R (Docket Entry No. 48) is adopted as the Opinion of the Court; and it is

1

**ORDERED** that Plaintiff's Complaint is hereby **DISMISSED** without prejudice, and this case shall be marked **CLOSED**.

        s/ Stanley R. Chesler
        STANLEY R. CHESLER, U.S.D.J.